# UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

FILED May 20 2019 (Date)
NORTHERN DISTRICT OF FLORIDA
U.S. MAGISTRATE JUDGE

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:19mj62 |
| Noah D. Stirn | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 1, 2019 - Present in the county of Santa Rosa in the Northern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 844(e) | -Interstate Threats Involving Explosives |
| 18 U.S.C. Section 876(c) | -Mailing Interstate Threats to Injure |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Sworn to before me and signed in my presence.

Special Agent Alex Nogueiras, Federal Bureau of Investigation
*Printed name and title*

Date: 5-19-19

*Judge's signature*

City and state: Pensacola, Florida

U.S. Magistrate Judge Elizabeth M. Timothy
*Printed name and title*

Print Form