# AFFIDAVIT IN SUPPORT OF
# AN ARREST WARRANT

I, Alex Nogueiras, Jr., being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an arrest warrant for Noah D. Stirn.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, acting in my official capacity. As such, I am a law enforcement officer of the United States, and empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Sections 844 and 876 of Title 18, United States Code. I have been employed by the FBI for fifteen years, with the past seven years as a Special Agent. During this time, I have attended training for, and conducted investigations into, violations of federal law. I am currently assigned to the FBI's Jacksonville Division Pensacola Resident Agency and am responsible for investigating matters involving threats, explosives, and weapons of mass destruction. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers, FBI employees, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge or evidence about this matter.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Sections 844(e) and 876(c) of Title 18, United States Code, have been committed by Noah D. Stirn.

## SUMMARY OF ALLEGATIONS

4.      The investigation to date has revealed that numerous letters containing threats against life and property, as well as extortion, have been received by multiple federal and state agencies in the Northern District of Florida. The is probable cause to believe said letters were sent by Noah D. Stirn, a Florida Department of Corrections inmate currently housed at the Blackwater River Correctional Facility located in Milton, Florida.

## PROBABLE CAUSE

5.      By way of background, learned pursuant to a records check, Noah D. Stirn has previously been convicted by the state of Florida for Intimidate/Force Witness, Witness Tampering, and Grand Theft of a Motor Vehicle. Stirn was sentenced to a total of 10 years and 4 months imprisonment for these crimes and has a projected release date in 2024. The Collier County Sheriff's Office (Florida) also appears to have lodged a detainer for Stirn for pending charges relating to a false report of a bomb.

6.      On or about May 8, 2019, the United States Marshal Service, Northern District of Florida, notified the FBI that a letter was received at the United States District Court for the Northern District of Florida, in Pensacola, that contained a statement of threats and extortion. The letter was addressed to the "Clerk of U.S. District Court, One North Palafox Street, Pensacola, Florida 32502-5658" and signed by "Mr. Noah D. Stirn, DC# Y52583, DOB XX-XX-1995." The letter stated, in summary, that judges of the Court had been followed home and, if they do not resign from their positions, the doors of their homes will be kicked in and gang members would "viciously murder" the judges. The letter also articulated that an explosive device had been placed in the federal courthouse, and that it was made of "Texter Unibox C4" and set for a timed detonation. Instructions were included demanding a wire transfer $50,000 to a specified account.

The letter stated that only once he had "received confirmation that the funds have been deposited, I will call off the murders of both you Clerk, and the Judges death, along with your families." Additional articulated orders involved not reporting the matter to authorities and providing a two week deadline to comply. Law enforcement protocols were put in place based upon the initial letter.

7. On or about May 10, 2019, the United States Marshal Service, Southern District of Florida, received a letter addressed to "United States District Court, Southern District of Florida, Office of the Clerk, Room 8N09, 400 North Miami Avenue, Miami, Florida 33128-7716" and postmarked from "Noah D. Stirn, DC# Y52583, B.R.C.F, 5914 Jeff Ates Road, Milton, FL 32583." The letter stated, amongst other things, "I have assisted in planning and strategy to place Texter Unibox C4 into your judicial chambers, explosives, in order to assassinate Magistrate Judge P. White for his political wrongdoing. There are bombs in your building." It further stated "Im not crazy. This is no damn joke."

8. According to the Pensacola Police Department, on or about May 14, 2019, the Social Security Administration in Pensacola received a letter. The letter contained threats stating "This letter is not a hoax…There is very much explosive material in your building…the explosive material consists of Texter Unibox C4, along with fertilizer," and "this is a direct attack on the U.S. Government," and was signed by "Noah D. Stirn, DC# Y52583, D.O.B XX/XX/1995." The Social Security Administration building was evacuated, closed, and swept by the Pensacola Police Department K-9 unit per law enforcement protocols.

9. According to the Pensacola Police Department, on or about May 15, 2019, the United States Attorney's Office in Pensacola received a similar letter. Per the Pensacola Police

Department Offense Report, "The letter was addressed by Noah Stirn, an inmate at Blackwater Correctional Facility. The letter consisted of a description of multiple improvised explosive devices placed in the building and in multiple vehicles around the building." The federal prosecutor's office was evacuated and swept by the Pensacola Police Department K-9 unit as per law enforcement protocols.

10. On or about May 16, 2019, Blackwater River Correctional Facility staff disclosed to the FBI that Noah D. Stirn placed four other letters into the outgoing mail the previous day, but the letters had not yet left the facility. The four letters were addressed to:

-Clerk of the United States District Court in Panama City, Florida
-Clerk of the United States District Court in Gainesville, Florida
-Clerk of the United States District Court in Tallahassee, Florida
-The Federal Public Defender's Office in Pensacola, Florida

These four letters were seized by the FBI pursuant to legal process for evidentiary purposes.

11. On or about May 17, 2019, a letter addressed to the "Secretary of State, 500 S. Bronough Street Room 316 Tallahassee, Florida 32399-0250" was received by the Florida Department of State. The letter was postmarked to "Mr. Noah Devon Stirn, DC# Y52583, Blackwater C.F., 5914 Jeff Ates Road, Milton, Florida 32583." The letter stated "THIS LETTER IS NOT A JOKE OR A HOAX" and described that explosives, pipe bombs and "Texter Unibox C4" was placed in their offices and "…a car bomb for the Secretary of State which should be in place as you receive this letter."

12. On or about May 17, 2019, FBI Special Agents attempted to interview Noah D. Stirn at the Blackwater River Correctional Facility. After being provided his *Miranda* warnings

4

and waiving same, Stirn admitted to agents that he authored the letters and placed them in the outgoing mail. Stirn stated that he disagreed with various policies of the United States Government and these letters were his attempt to change the policies of the United States. Stirn informed the FBI that he would not stop mailing letters of this nature.

13. Interviews of members of the Blackwater River Correctional Facility staff revealed a process through which inmates send mail marked as "Legal Mail." A specific facility employee travels from cell to cell and personally collects the "Legal Mail" from the inmates. The employee then logs the inmate's name, date it was received, the mailing address, the initials of the employee who collected it, and the date the mail was provided to the United States Postal Service. This helped confirm the aforementioned letters were mailed by Noah D. Stirn.

14. Based upon the foregoing, I respectfully submit there is probable cause to believe that Noah D. Stirn has committed violations of Title 18, United States Code, Sections 844(e) and 876(c). That is, there is probable cause to believe that the defendant has utilized the United States mails to send (or attempt to send) the threatened use of explosive devices to kill, intimidate, and even extort others.

_____
Alex Nogueiras, Jr.
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on ___May 19___, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
ELIZABETH M. TIMOTHY

5