# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 3:19mj62

**NOAH D. STIRN**

_____/

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America respectfully shows unto the Court:

1. A Complaint is pending in this Court against **NOAH D. STIRN** in the above styled case, and is set for first appearance as to said defendant in Pensacola, Florida, on May 20, 2019, at 3:00 p.m.

2. The defendant is now confined in the custody of the Warden, Blackwater River Correctional and Rehabilitation Facility, Milton, Florida.

3. It is necessary to have said defendant before this Court for first appearance as aforesaid.

WHEREFORE, the United States of America PRAYS that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid institution and take into custody the body of the said defendant and have him before this Court at the time and place above specified for said proceedings and upon completion of the case to return the defendant to the custody of the official in charge of the said defendant; and also directing the official in charge to deliver the defendant into the custody of any United States Marshal or his duly authorized representative for said proceedings.

This 19th day of May, 2019.

Respectfully submitted,

LAWRENCE KEEFE
United States Attorney

_____
DAVID L. GOLDBERG
Assistant United States Attorney
Northern District of Florida
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000